*October 8, 1935.*

KACZMIEREK and another, Plaintiffs and Respondents, vs. WILKINS and another, Appellants: LITERSKI and another, Impleaded Defendants and Respondents.

For the appellants: *A. L. Smongeski* of Stevens Point.
For the respondents: *W. E. Atwell* of Stevens Point.
*By the Court.*—Judgment affirmed.

DAVIS and another, Executors, Respondents, vs. COUSINS, Appellant.

For the appellant: *Frawley & Stolts,* attorneys, and *W. H. Frawley, Jr.,* of counsel, all of Eau Claire.

For the respondents: *Bundy, Beach & Holland* of Eau Claire.

*By the Court.*—Judgment affirmed.

GREEN, Appellant, vs. NEW YORK LIFE INSURANCE COMPANY, Respondent.

For the appellant: *Lynn D. Jaseph* of Green Bay.

For the respondent: *North, Bie, Duquaine, Welsh & Trowbridge* of Green Bay.

*By the Court.*—Judgment affirmed.